UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Laquetta Garlington et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10468-DRH |
| *Katherine Girgis et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10469-DRH |
| *Vivian Johnston et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10476-DRH |
| *Lynda Fields et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10477-DRH |
| *Amber Johnson et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10481-DRH |
| *Sonya Johnson et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10489-DRH |
| *Jessica Florez et al v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10494-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 3, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:  /s/*Caitlin Fischer*
                                                     Deputy Clerk

**Dated:** June 4, 2014

Digitally signed by David R. Herndon
Date: 2014.06.04 15:39:25 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**